UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRYAN CARROLL                                        CIVIL ACTION NO. _____

VERSUS

NORTH AMERICAN AUTOMOTIVE GROUP, LLC
and MICHAEL PIERCE

**COMPLAINT**

Plaintiff, Bryan Carroll, a resident of the age of majority residing in the Parish of East Baton Rouge, State of Louisiana, brings this complaint against North American Automotive Group, LLC and Michael Pierce, stating the following:

*Defendants*

1.

Made defendants herein are:

(a) North American Automotive Group, a limited liability company organized under the laws of the State of Louisiana, domiciled and having its principal place of business in Ascension Parish, Louisiana; and

(b) Michael Pierce, a natural person of the age of majority, who is a member and manager of North American Automotive Group.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within the parish of East Baton Rouge, Louisiana.

*Plaintiff*

5.

Plaintiff Bryan Carroll has been employed by North American Automotive Group, LLC from approximately September 2016 through the present.

6.

North American Automotive Group is a used car dealer. Plaintiff was employed at the defendant's Airline Highway location in Baton Rouge. His duties included moving cars around the lot, changing and repairing tires, and changing vehicle oil for the used car dealership.

7.

Plaintiff routinely worked in excess of 40 hours per week, but he was not paid overtime as required by the Fair Labor Standards Act until some time in January 2017. Prior to that, he was paid his straight hourly rate of $12.00 per hour, regardless of how many hours he worked per week.

8.

Plaintiff estimates that he worked an average of about 50 hours per week; the exact amount of hours he worked each week is known to the defendants.

9.

Plaintiff was the non-exempt employee of the defendants under the FLSA. Defendant Pierce, as managing member of the company, was responsible for the company's decision not to pay overtime to the plaintiff. He is also plaintiff's "employer," as that term is defined by the FLSA.

10.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

11.

The Defendants knowingly and willfully violated the FLSA. Plaintiff is therefore also entitled to recover from defendants an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendants, North American Automotive Group, LLC and Michael Pierce, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

ESTES DAVIS LAW, LLC

/S Daniel B. Davis
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
*Attorneys for Plaintiff*